**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Soomock | | Shim |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern _____ District of Pennsylvania

Case number  19-13972-JKF
(If known)

☐  Check if this is an amended filing.

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................ $ _____ 213,450.30

   1b. Copy line 62, Total personal property, from *Schedule A/B*.................................. $ _____ 16,324.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ......................................... $ _____ 229,774.30

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*.......... $ _____ 223,330.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......................................... $ _____ 0.00

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................. +$ _____ 4,648.63

   **Your total liabilities**  $ _____ 227,978.63

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................ $ _____ 4,497.16

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J* ................................... $ _____ 3,684.53

| Debtor 1 | Soomock | | | Case number (if known) | 19-13972-JKF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**   Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☐ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 4,860.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)   $ _____ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)   $ _____ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $ _____ 0.00

   9d. Student loans. (Copy line 6f.)   $ _____ 0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ _____ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   **+** $ _____ 0.00

   9g. **Total.** Add lines 9a through 9f.   $ _____ 0.00

---

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Soomock | | Shim |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern          District of Pennsylvania

Case number   19-13972-JKF
(If known)

☐ Check if this is an amended filing.

## Official Form 106A/B

## Schedule A/B Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.** 402 Victoria Drive
Street address, if available, or other description

Montgomeryville          PA       18936
City                     State    ZIP Code

Montgomery
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$      213,450.30       $      213,450.30

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

tenancy by entireties with wife

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____
City                     State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$ _____       $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)



**Bank of America**
(https://www.bankofamerica.com/)

Mortgage

Sign In
(https://www.bankofamerica.com
/hub/index.action?template=signIn)

How can we help y

Menu ⌄

Bank of America Real Estate Center® (https://realestatecenter.bankofamerica.com)

# What's your home worth?

### See your estimated home values

| 402 Victoria Drive Montgomeryville PA | 🔍 |

## Address: **402 Victoria Dr, Montgomeryville, PA 18936**

### Estimate Range

## $185302 - $337605



(https://www.bing.com/maps/?cp=40.256708~-75.247413&lvl=18&style=h) © 2017 HERE, © 2017 Microsoft Corporation

### Home Facts

| Bedrooms | 2 |
|---|---|
| Baths | 3 |
| Living Area | 1,533 |

| | |
|---|---|
| **Lot Size** | **1,533** |
| **Type** | **Condominium** |
| **Garage** | |
| **Parcel** | **46-00-03968-396** |
| **County** | **MONTGOMERY** |
| **Year Built** | **1989** |
| **Total Rooms** | **7** |
| **Heating** | |
| **Cooling** | |
| **Number of Stories** | |
| **Legal Description** | **DIST:46 CITY/MUNI/TWP:MONTGOMERY TOWNSHIP** |

## Sales History

| Sales Date | Sales Price |
|---|---|
| 10/9/2007 | $235,000 |

## Value History

| Quarter | Value |
|---|---|
| 2017 3rd Qtr | $253,761 |
| 2017 2nd Qtr | $252,510 |
| 2017 1st Qtr | $247,165 |
| 2016 4th Qtr | $249,604 |
| 2016 3rd Qtr | $249,135 |
| 2016 2nd Qtr | $243,044 |
| 2016 1st Qtr | $242,514 |
| 2015 4th Qtr | $240,571 |

## Comparable Homes

These are the homes with characteristics similar to the home you are looking at that have been sold recently. They are important for understanding home market trends.

**This Home**                                                                    Estimate: **$253839**

**Comparables**                                                 Avg. Sales Price: **$229,340**

106 DYLAN DR #48
Sold for: **$256,000** on 3/20/2017
**3**br  **3**ba  Living Area: **1,432** sq.ft.

109 LIVINGSTON CT
Sold for: **$217,000** on 8/9/2017
**3**br  **2**ba  Living Area: **1,515** sq.ft.

410 FRANKLIN CT
Sold for: **$216,000** on 6/21/2017
**3**br  **3**ba  Living Area: **1,600** sq.ft.

400 FRANKLIN CT
Sold for: **$212,000** on 5/31/2017
**3**br  **2**ba  Living Area: **1,305** sq.ft.

311 VICTORIA DR
Sold for: **$210,000** on 3/29/2017
**2**br  **3**ba  Living Area: **1,248** sq.ft.

110 VICTORIA DR
Sold for: **$235,900** on 8/21/2017
**2**br  **3**ba  Living Area: **1,248** sq.ft.

607 VICTORIA DR
Sold for: **$231,000** on 3/29/2017
**2**br  **3**ba  Living Area: **1,286** sq.ft.

609 VICTORIA DR
Sold for: **$232,500** on 5/3/2017
**2**br  **3**ba  Living Area: **1,533** sq.ft.

103 VICTORIA DR
Sold for: **$245,000** on 6/2/2017
**2**br  **3**ba  Living Area: **1,395** sq.ft.

601 LENNOX CT
Sold for: **$238,000** on 5/3/2017
**2**br  **3**ba  Living Area: **1,351** sq.ft.

**MONTGOMERYVILLE, PA 18936**

Debtor 1    Soomock

| First Name | Middle Name | Last Name |

Case number (if known)    19-13972-JKF

---

**1.3.** _____
Street address, if available, or other description

_____

_____

_____
City            State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**        **Current value of the**
**entire property?**            **portion you own?**

$ _____          $ _____

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
   you have attached for Part 1. Write that number here. ....................................➔   $ ____213,450.30

---

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any
vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired
Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1.** Make:    _Hyundai_

Model:    _Sonata_

Year:    _2013_

Approximate mileage:    _80000_

Other information:
_____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**    **Current value of the**
**entire property?**        **portion you own?**

$ ____6,475.00    $ ____6,475.00

If you own or have more than one, describe here:

**3.2.** Make:    _Chevrolet_

Model:    _Mailbu_

Year:    _2009_

Approximate mileage:    _100000_

Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**    **Current value of the**
**entire property?**        **portion you own?**

$ ____3,899.00    $ ____3,899.00

---

  

Home | Car Values | Cars for Sale | Car Reviews | Awards & Top 10s | Research Tools    Sign In    18935

Advertisement

Home > What's My Car Worth > Style > Options & Condition > LS Sedan 4D

### 2009 Chevrolet Malibu
**Style:** LS Sedan 4D    Change Style

**Mileage:** 100000 | Change    Edit Options | Check Specs | Print Report

## Your Blue Book® Value

**Vehicle Finder**
Chevrol | Malibu | 2018 | Go

| Trade In to a Dealer | Get an Instant Cash Offer | Sell to a Private Party |



**Next Steps: Find a Car**
Browse reviews, photos, specs and more.

See what you shoul

ⓘ Important info & definitions    Track this car's values

Valid for ZIP Code 18935 through 12/07/2017
✎ Write a review on your 2009 Chevrolet



Value based on:

| Fair | Good | Very Good | Excellent |

### Sell Your Current Car
Reach millions of buyers on KBB.com and AutoTrader.com

Place an ad

Advertisement

### New Cars You Might Like

   

2016 Chevrolet Malibu Limited    2017 Chrysler 200    2018 Ford Fusion

### More Shopping Tools

presented by 



**2018 Malibu**
• Build & Price
• Request A Quote
• Current Offers
• Locate A Vehicle

Advertisement

Advertisement



Home | Car Values | Cars for Sale | Car Reviews | Awards & Top 10s | Research Tools | Sign In | 19401

Advertisement

Home > Car Values > Hyundai > Sonata > 2013 > Style > Options > Condition > GLS Sedan 4D | Hyundai | Sonata | 2013 | Go

Edit options | Change style

# 2013 Hyundai Sonata

2012 | 2013 | 2014 | New 2018 | Style: GLS Sedan 4D | Vehicle Saved

Mileage: 63,217 Change | Like this car

pricing | photos | specs | kbb expert review | consumer reviews | ratings | compare

## Used Car Prices

See Trade-In/Sell Values

Buy from a Dealer | Buy Certified from a Dealer | Buy from a Private Party | Print report

Important info & definitions

Based on Fair Condition

Valid for ZIP Code 19401 through 01/04/2018

Are you getting a good deal?
**Deal Advisor** can show you.
Calculate payments

**1 Vehicle Found!**
**BRYNER CHEVROLET**
11 miles away
View

Used 2013 Hyundai Sonata GLS
**$12,955**
37,537 Miles
Details

Advertisement

**104 Sonata models** found at nearby dealers
View All

### Similar Newer Cars

Get the benefits of a new or CPO vehicle - just a few bucks more.

CPO 2012 Ford Fusion

**$4** more/ month*

CPO 2013 Suzuki Kizashi

**$6** more/ month*

See all

Debtor 1    Soomock

| First Name | Middle Name | Last Name |

Case number (if known)   19-13972-JKF

---

**3.3.**
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

---

**3.4.**
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**4.1.**
Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

If you own or have more than one, list here:

**4.2.**
Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

---

**5.** **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................➔

$ _____10,374.00

---

| Debtor 1 | Soomock | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (if known) _19-13972-JKF_

---

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☒ Yes. Describe. ....    | Personal furniture and furnishings |    $                 4,000.00

7.  **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☒ Yes. Describe. ....    | TV, computer, radio, stereo |    $                   400.00

8.  **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☒ No
    ☐ Yes. Describe. ....    | |    $

9.  **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☒ No
    ☐ Yes. Describe. ....    | |    $

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes. Describe. ....    | |    $

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes. Describe. ....    | Personal clothing |    $                   200.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☒ Yes. Describe. ....    | Wrist watches |    $                   200.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☐ Yes. Describe. ....    | |    $

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes. Describe. ....    | |    $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................➔    $                 4,800.00

| Debtor 1 | Soomock | | | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number (if known)  19-13972-JKF

| **Part 4:** | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☒ Yes ............................................................................................................................

    Cash: ................... $ _____50.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☐ Yes....................

    Institution name:

    | 17.1. Checking account: | Bank of America | $ _____500.00 |
    |---|---|---|
    | 17.2. Checking account: | Bank of America | $ _____500.00 |
    | 17.3. Savings account: | Bank of America | $ _____100.00 |
    | 17.4. Savings account: | | $ _____ |
    | 17.5. Certificates of deposit: | | $ _____ |
    | 17.6. Other financial account: | | $ _____ |
    | 17.7. Other financial account: | | $ _____ |
    | 17.8. Other financial account: | | $ _____ |
    | 17.9. Other financial account: | | $ _____ |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☒ No
    ☐ Yes ...............

    Institution or issuer name:

    $ _____
    $ _____
    $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☒ No
    ☐ Yes. Give specific information about them.

    Name of entity:                                    % of ownership:

    | . | | 0.00 % | $ _____ |
    |---|---|---|---|
    | . | | 0.00 % | $ _____ |
    | . | | 0.00 % | $ _____ |

Debtor 1    Soomock
First Name    Middle Name    Last Name    Case number (if known)    19-13972-JKF

---

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific
   information about    Issuer name:
   them....................

_____    $ _____

_____    $ _____

_____    $ _____

**21.  Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each
   account separately.    Type of account:    Institution name:

401(k) or similar plan:    _____    $ _____

Pension plan:    _____    $ _____

IRA:    _____    $ _____

Retirement account:    _____    $ _____

Keogh:    _____    $ _____

Additional account:    _____    $ _____

Additional account:    _____    $ _____

**22.  Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes ......................    Institution name or individual:

Electric:    _____    $ _____

Gas:    _____    $ _____

Heating oil:    _____    $ _____

Security deposit on rental unit:    _____    $ _____

Prepaid rent:    _____    $ _____

Telephone:    _____    $ _____

Water:    _____    $ _____

Rented furniture:    _____    $ _____

Other:    _____    $ _____

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes ......................    Issuer name and description:

_____    $ _____

_____    $ _____

_____    $ _____

---

Debtor 1    Soomock _____ _____    Case number (if known) 19-13972-JKF
                    First Name    Middle Name    Last Name

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes .................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $ _____

_____    $ _____

_____    $ _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific information about them.    $ _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them.    $ _____

27.  **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them.    $ _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28.  **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ............................................

Federal:    $ _____

State:    $ _____

Local:    $ _____

29.  **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. ..........

Alimony:    $ _____
Maintenance:    $ _____
Support:    $ _____
Divorce settlement:    $ _____
Property settlement:    $ _____

30.  **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. ..........    $ _____

Debtor 1 __Soomock_____    Case number (if known) __19-13972-JKF__
First Name    Middle Name    Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes.Name the insurance company of each policy and list its value. ....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Progressive Insurance Home | Debtor | $ 0.00 |
| Progressive Insurance Auto | Debtor | $ 0.00 |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information.........    $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. .............    $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim.............    $ _____

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information.....    $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................    ➔    $ 1,150.00

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.    $ _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe.    $ _____

Debtor 1    Soomock

First Name          Middle Name          Last Name

Case number (if known)    19-13972-JKF

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe . _____    $ _____

41. **Inventory**

☒ No

☐ Yes. Describe . _____    $ _____

42. **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe ..... Name of entity:                    % of ownership:

_____        0.00%    $ _____

_____        0.00%    $ _____0.00

_____        0.00%    $ _____

43. **Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe. ....... _____    $ _____

44. **Any business-related property you did not already list**

☒ No

☐ Yes. Give
specific
information
_____    $ _____
_____    $ _____
_____    $ _____
_____    $ _____
_____    $ _____
_____    $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**    ➜    $ _____0.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**

Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes ................... _____    $ _____

---

Debtor 1 ___Soomock_____   Case number (if known)___19-13972-JKF___
    First Name      Middle Name      Last Name

---

48. **Crops—either growing or harvested**

☐ No

☐ Yes. Give specific
    information............      $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☐ Yes ....................      $ _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No

☐ Yes .................      $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No

☐ Yes. Give specific
    information. ........      $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here**   ➜   $ _____0.00_____

---

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

☐ Yes. Give
    specific
    information. ......      $ _____

     $ _____

     $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........   ➜   $ _____0.00_____

---

**Part 8:**    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ..................................................................   ➜   $ ___213,450.30___

56. **Part 2: Total vehicles, line 5**      $ ____10,374.00____

57. **Part 3: Total personal and household items, line 15**      $ ____4,800.00____

58. **Part 4: Total financial assets, line 36**      $ ____1,150.00____

59. **Part 5: Total business-related property, line 45**      $ ____0.00____

60. **Part 6: Total farm- and fishing-related property, line 52**      $ ____0.00____

61. **Part 7: Total other property not listed, line 54**   **+** $ ____0.00____

62. **Total personal property. Add lines 56 through 61** ..................      $ ____16,324.00____    Copy personal property total ➜  **+** $ ___16,324.00___

63. **Total of all property on Schedule A/B. Add line 55 + line 62** ................................................      $ ___229,774.30___

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Soomock | Shim |
| | First Name                    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name                    Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern            District of Pennsylvania

Case number 19-13972-JKF
(If known)

☐ Check if this is an amended filing.

## Official Form 106C
## Schedule C: The Property You Claim As Exempt                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 402 Victoria Drive<br>Line from *Schedule A/B:* 1.1 | $ 213,450.30 | ☒ $ 450.30<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(1) |
| Brief description: Chevrolet<br>Line from *Schedule A/B:* 3.2 | $ 3,899.00 | ☒ $ 3,889.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(2) |
| Brief description: Personal furniture and f<br>Line from *Schedule A/B:* 6 | $ 4,000.00 | ☒ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1    Soomock

| First Name | Middle Name | Last Name |

Case number (if known)   19-13972-JKF

---

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: TV, computer, radio, ste<br>Line from *Schedule A/B:* 7 | $ 400.00 | ☒ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: Personal clothing<br>Line from *Schedule A/B:* 11 | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: Wrist watches<br>Line from *Schedule A/B:* 12 | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(4) |
| Brief description: Cash<br>Line from *Schedule A/B:* 16 | $ 50.00 | ☒ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |
| Brief description: Bank of America<br>Line from *Schedule A/B:* 17.1 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |
| Brief description: Bank of America<br>Line from *Schedule A/B:* 17.2 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |
| Brief description: Bank of America<br>Line from *Schedule A/B:* 17.3 | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Soomock                                    Shim
            First Name        Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name         Last Name

United States Bankruptcy Court for the: Eastern        District of Pennsylvania

Case number  19-13972-JKF
(If known)

☐ Check if this is an amended filing.

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

Wells Fargo Bank NA Home Mortgage
Creditor's Name

P.O.        Box 10355
Number      Street

Des Moines          IA    50306-0335
City                State ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 9/6/2007

**Describe the property that secures the claim:**     $ 213,450.00  $ 213,450.30  $_____

Residence

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

**2.2**

Santander Consumer USA Inc.
Creditor's Name

P.O.        Box 961245
Number      Street

Fort Worth           TX    76161-1245
City                State ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 10/31/2012

**Describe the property that secures the claim:**     $ 9,880.00  $ 6,475.00  $ 3,405.00

2013 Hyundai Sonata

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 0  9  6  4

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 223,330.00

Debtor 1   Soomock
First Name   Middle Name   Last Name

Case number (if known)   19-13972-JKF

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

U.S. Bank N.A. As Trustee
Name

P.O.        Box 5229
Number      Street

Cincinnatti            OH        45201-5229
City                   State     ZIP Code

On which line in Part 1 did you enter the creditor?   2.1
Last 4 digits of account number __ __ __ __

---

US Bank c/o SN Servicing Corp.
Name

325         5th Street
Number      Street

Eureka                 CA        95501
City                   State     ZIP Code

On which line in Part 1 did you enter the creditor?   2.1
Last 4 digits of account number __ __ __ __

---

Santander Bank
Name

75          State Street
Number      Street

Boston                 MA        02109
City                   State     ZIP Code

On which line in Part 1 did you enter the creditor?   2.2
Last 4 digits of account number __ __ __ __

---

Manley Deas Kochalski LLC
Name

1515        Market St.
Number      Street

Suite 830

Philadelphia           PA        19102
City                   State     ZIP Code

On which line in Part 1 did you enter the creditor?   2.1
Last 4 digits of account number __ __ __ __

---

Manley Deas Kochalski LLC
Name

P.O.        Box 165028
Number      Street

Columbus               OH        43216
City                   State     ZIP Code

On which line in Part 1 did you enter the creditor?   2.1
Last 4 digits of account number __ __ __ __

---

Name

Number      Street

City                   State     ZIP Code

On which line in Part 1 did you enter the creditor?   __
Last 4 digits of account number __ __ __ __

---

**Fill in this information to identify your case:**

Debtor 1          Soomock                                    Shim
                  First Name        Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name              Last Name

United States Bankruptcy Court for the: Eastern                District of Pennsylvania

Case number  19-13972-JKF
(If known)

☐  Check if this is an amended filing.

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---------|---------------------------------------------|

**1.  Do any creditors have priority unsecured claims against you?**
☒  No. Go to Part 2.
☐  Yes.

**2.** List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number        Street

City                State    ZIP Code

**Who incurred the debt?** Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐  No
☐  Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of PRIORITY unsecured claim:**
☐  Domestic support obligations
☐  Taxes and certain other debts you owe the government
☐  Claims for death or personal injury while you were intoxicated
☐  Other. Specify _____

$ _____   $ _____   $ _____ 0.00

**2.2**

Priority Creditor's Name

Number        Street

City                State    ZIP Code

**Who incurred the debt?** Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐  No
☐  Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of PRIORITY unsecured claim:**
☐  Domestic support obligations
☐  Taxes and certain other debts you owe the government
☐  Claims for death or personal injury while you were intoxicated
☐  Other. Specify _____

$ _____   $ _____   $ _____ 0.00

Debtor 1    Soomock _____ _____    Case number (if known) 19-13972-JKF
First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

**4.1**

Bank of America Credit Card
Nonpriority Creditor's Name

P.O.        Box 15019
Number    Street

Wilmington            DE        19886-5019
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  9  0  6  3        $            1,900.00

**When was the debt incurred?** ___various dates___

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify credit card _____

**4.2**

Capital One Bank N.A.
Nonpriority Creditor's Name

4851        Cox Road
Number    Street

Glen Allen            VA        23060
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  2  3  2  4        $            1,100.00

**When was the debt incurred?** ___various dates___

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify credit card _____

**4.3**

Capital One Bank USA N.A.
Nonpriority Creditor's Name

10700        Capital One Way
Number    Street

Richmond            VA        20360
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  9  9  7  6        $            648.63

**When was the debt incurred?** ___various dates___

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify credit card _____

Debtor 1     Soomock

First Name     Middle Name     Last Name

Case number (if known)     19-13972-JKF

---

**Part 2:**    Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.4**

Victoria Court Condominium Assn.
Nonpriority Creditor's Name

975     Easton Rd. Suite 102
Number    Street

Warrington     PA     18976
City     State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**    various dates

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Condominium Fees

$     1,000.00

---

Nonpriority Creditor's Name

Number    Street

City     State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ _____

---

Nonpriority Creditor's Name

Number    Street

City     State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ _____

---

Debtor 1  ___Soomock_____  _____  _____    Case number (if known) __19-13972-JKF__
       First Name                   Middle Name              Last Name

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Bank of America, N.A.
Name

100        North Tryon St.
Number        Street

Charlotte                NC        28202
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.1__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9 _0_ _6_ _3_

---

Bank of America Correspondence
Name

P.O.        Box 982234
Number        Street

El Paso            TX        TX
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.1__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9 _0_ _6_ _3_

---

Portfolio Recovery Associates
Name

120        Corporate Blvd.
Number        Street

Suite 100

Norfolk                VA        23502
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.2__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 2 _3_ _2_ _4_

---

Capital One
Name

1680        Capital One Drive
Number        Street

McLean                VA        22102-3491.
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.2__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 2 _3_ _2_ _4_

---

Capital One Bank
Name

P.O.        Box 30281
Number        Street

Salt Lake City            UT        84130
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.3__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9 _9_ _7_ _6_

---

Midland Funding LLC
Name

2365        Northside Drive
Number        Street

Suite 300

San Diego            CA        92108
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.3__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9 _9_ _7_ _6_

---

Midland Credit Management LLC
Name

P.O.        Box 2011
Number        Street

Warren                MI        48090
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.3__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9 _9_ _7_ _6_

---

Debtor 1    Soomock

First Name     Middle Name     Last Name     Case number (if known)    19-13972-JKF

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

1. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.
   Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | |
|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $ _____ 0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ _____ 0.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ _____ 0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ _____ 0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ _____ 0.00 |

**Total claim**

**Total claims from Part 2**

| | | |
|---|---|---|
| 6f. **Student loans** | 6f. | $ _____ 0.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ _____ 0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _____ 0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ _____ 4,648.63 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ _____ 4,648.63 |

**Fill in this information to identify your case:**

Debtor 1 ___Soomock_____ ___Shim_____
First Name          Middle Name          Last Name

Debtor 2 _____ _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: ___Eastern_____ District of ___Pennsylvania_____

Case number ___19-13972-JKF_____
(If known)

☐ Check if this is an amended filing.

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name _____<br>Number    Street _____<br>City _____ State ___ ZIP Code ___ | |
| **2.2** Name _____<br>Number    Street _____<br>City _____ State ___ ZIP Code ___ | |
| **2.3** Name _____<br>Number    Street _____<br>City _____ State ___ ZIP Code ___ | |
| **2.4** Name _____<br>Number    Street _____<br>City _____ State ___ ZIP Code ___ | |
| **2.5** Name _____<br>Number    Street _____<br>City _____ State ___ ZIP Code ___ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Soomock<br>First Name   Middle Name       Shim<br>           Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name   Middle Name   Last Name</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Eastern     District of Pennsylvania</td></tr>
<tr><td colspan="2">Case number 19-13972-JKF<br>(If known)</td></tr>
</table>

☐ Check if this is an amended filing.

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☐ Yes. In which community state or territory did you live? ____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number     Street

    _____
    City            State    ZIP Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or Schedule G (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1**<br><br>Name<br><br>Number     Street<br><br>City         State    ZIP Code | ☐ Schedule D, line ___<br>☐ Schedule E/F, line ___<br>☐ Schedule G, line ___ |
| **3.2**<br><br>Name<br><br>Number     Street<br><br>City         State    ZIP Code | ☐ Schedule D, line ___<br>☐ Schedule E/F, line ___<br>☐ Schedule G, line ___ |
| **3.3**<br><br>Name<br><br>Number     Street<br><br>City         State    ZIP Code | ☐ Schedule D, line ___<br>☐ Schedule E/F, line ___<br>☐ Schedule G, line ___ |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Soomock | Shim |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: Eastern | | District of Pennsylvania |
| Case number 19-13972-JKF | | |
| (If known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Vice Principal | Accompanist |
| Occupation may Include student or homemaker, if it applies | **Employer's name** | Yuong Sang Presbyterian Church | Yuong Sang Presbyterian Church |
| | **Employer's address** | 706 Witmer Road<br>Number   Street | 706 Witmer Road<br>Number   Street |
| | | Horsham PA 19044<br>City        State    ZIP Code | Horsham PA 19044<br>City        State    ZIP Code |
| | **How long employed there?** | 26 years | 23 Years |

### Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 1,100.00 | $ 1,960.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 1,100.00 | $ 1,960.00 |

Debtor 1 _____ Soomock _____ _____   Case number (if known) ___19-13972-JKF___

First Name        Middle Name        Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here............................................➔ | 4. | $ 1,100.00 | $ 1,960.00 |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 128.92 | $ 233.92 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: __ | 5h. +$ | 0.00 | +$ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h | 6. | $ 128.92 | $ 233.92 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 971.08 | $ 1,726.08 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | | $ 800.00 | $ 1,000.00 |
| 8b. | **Interest and dividends** | $ 0.00 | $ 0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8c. | | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | $ 0.00 | $ 0.00 |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if know) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8f. | | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: __ | +$ 0.00 | +$ 0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e +8f +8g +8h | $ 800.00 | $ 1,000.00 |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,771.08 | $ 2,726.08 = $ 4,497.16 |

11. **State all other regular contributions to the expenses that you list in _Schedule J_.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J_.

Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the _Summary of Schedules_ and _Statistical Summary of Certain Liabilities and Related Data_. If it applies.   12. $ 4,497.16

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Soomock                              Shim
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: Eastern          District of Pennsylvania

Case number  19-13972-JKF
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because
   Debtor 2 maintains a separate household

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Your Household**

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No.
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**         ☐ No

   Do not list Debtor 1 and             ☒ Yes. Fill out this information for
   Debtor 2.                                  each dependent ...............

   Do not state the dependent's
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 22 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do you have expenses include**     ☒ No
   **expenses of people other**         ☐ Yes.
   **than yourself and your**
   **dependents?**

**Part 2:     Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  | Your Expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                 4. $            1,125.53

   **If not included in line 4:**

4a. Real estate taxes                                                4a. $               0.00

4b. Property, homeowner's, or renter's insurance                    4b. $              50.00

4c. Home maintenance, repair, and upkeep expenses                   4c. $               0.00

4d. Homeowner's association or condominium dues                     4d. $             193.00

|  |  | Your Expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence, such as home equity loans.** | 5. $ 0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $ 200.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ 80.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 200.00 |
| | 6d. Other. Specify: _____ | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 600.00 |
| 8. | **Childcare and children's educational costs** | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 50.00 |
| 10. | **Personal care products and services** | 10. $ 50.00 |
| 11. | **Medical and dental expenses** | 11. $ 90.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 200.00 |
| 13. | **Entertainment, clubs recreation, newspapers, magazines, and books** | 13. $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $ 130.00 |
| | 15b. Health insurance | 15b. $ 216.00 |
| | 15c. Vehicle insurance | 15c. $ 400.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c. Other. Specify: _____ | 17c. $ 0.00 |
| | 17d. Other. Specify: _____ | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from you pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*:** | |
| | 20a. Mortgages on other property | 20a. $ 0.00 |
| | 20b. Real estate taxes | 20b. $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ 0.00 |

Debtor 1 _____Soomock_____ _____ _____   Case number (if known) __19-13972-JKF__

       First Name        Middle Name        Last Name

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: _____ | 21. $ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,684.53 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | $ | 0.00 |
| | 22c. Add lines 22a and 22b. The result is your monthly expenses. | 22. $ | 3,684.53 |
| 23. | **Calculate your monthly net income**. | | |
| | 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. $ | 4,497.16 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 3,684.53 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 812.63 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?:**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification in the terms of your mortgage?

☒ No.

☐ Yes.    Explain here:

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | Soomock | Shim |
| | First Name          Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name          Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern          District of Pennsylvania

Case number 19-13972-JKF
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*
(Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

☒ _____          SIGN HERE _____

Signature of Debtor 1          Signature of Debtor 2

Date 09/05/2019          Date _____
MM / DD / YYYY          MM / DD / YYYY